UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Orlando CRUZ and CARMEN CRUZ, h/w | : | CIV. NO. |
| | : | |
| Plaintiffs, | : | 02-3418 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, LT. WOERTZ | : | |
| POLICE OFFICER KELLY, POLICE | : | |
| OFFICER ACQUAVIVA, and POLICE | : | |
| OFFICER FRYSINGER, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

    Enter my appearance for Defendants, City of Philadelphia, Lt. Richard Woertz, Timothy Kelly, William Frysinger, and Anthony Acquaviva in the above captioned matter.

                                  NELSON A. DIAZ
                                  CITY SOLICITOR

                                  CARLTON L. JOHNSON
                                  CHIEF DEPUTY CITY SOLICITOR


                       BY: _____
                              **DENISE S. WOLF**
                              **ASSISTANT CITY SOLICITOR**
                              **City of Philadelphia Law Dept.**
                              **1515 Arch St., 14th Floor**
                              **Philadelphia, PA 19102**

Dated: 6/6/02