IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-3418 |

## O R D E R

AND NOW, this 25th day of October, 2002, defendant's unopposed motion to continue trial date and modify court's scheduling order is granted.

See revised scheduling order dated October 25, 2002.

_____
Edmund V. Ludwig,    J.