**TRIAL**                                            SO 2
**REVISED SCHEDULING ORDER**

C.A. No. 02-3418 Jury **x** Non-jury_____ Date of prior order: 8/7/2002
                     (**Jury waiver vacated**)
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                        Trial Counsel:

         CRUZ                           P- J. Gottlieb

            vs.

         CITY                           D- R. Arnold


         **O R D E R**

It is ORDERED:

1.  Discovery deadline:                         January 15, 2003

2.  Exchange of experts reports:    Plaintiff  December 16, 2002
                                    Defendant  January 15, 2003
3.  Pretrial Order signed by all counsel.
    (See Standing Order on pretrial
    preparation - on back of this page.)        February 28, 2003


4.  Trial date:                                 March 17, 2003
**Magistrate Judge Caracappa: 267-299-7640**    Monday list no. 1

**Note:** A special listing entered after this Order will not be recognized.
                        _____
    - Contact courtroom deputy for instructions before filing a
      discovery motion as to a discovery dispute. (267) 299-7589.
      If total default, file under Local Rule 26.1(g) for immediate
      order.
    - No final pretrial conference unless requested.
    - Trial depositions no later than 10 days before trial date
      unless by agreement or court approval.
    - See Scheduling Policy Statement.
    - Summary judgment motions must be received by the court
      and nonmovants at least 30 days before trial date unless
      otherwise permitted.

By January 15, 2003 plaintiff will report in writing on counsels' serious
settlement efforts.  Any party may request another conference.


Date: October 25, 2002                  _____
                                        Edmund V. Ludwig, J.

**Pretrial Preparation SOP**
**for trials before**
**Judge Ludwig**

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's witnesses and the subject matter of the witness's testimony.

4. Each party's exhibits, as marked for trial.

    - Any objections to authenticity should be noted or will be considered waived.

5. Unusual issues - contentions and authority.

6. Brief description of any motions in limine - and nonmovant's position.

7. The signed approval of trial counsel for each party.

Plaintiff's counsel should circulate initial draft at least one week before date due.

_____

To be submitted by first day of jury trial:

- Requests for jury instructions.

- Proposed jury verdict form ("special interrogatories" - contact courtroom deputy for format).

By first day of nonjury trial:

- Requests for findings and conclusions.

Judge Ludwig

2.