IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ, ET AL | : | CIVIL ACTION |
| VS. | : : : : | NO.  02-3418 |

RICHARD WOERTZ, ET AL

### ORDER

AND NOW, this 3rd day of FEBRUARY, 2003, in accordance with the court's procedure for random reassignment is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the calendar of the Honorable Berle M. Schiller.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court