IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT RICHARD | : | |
| WOERTZ, et al., | : | No. 02-3418 |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this **2nd** day of **October, 2003**, in recognition of the conflict between the Court's scheduling order of March 4, 2003, and the federal holiday of November 11, 2003, it is hereby **ORDERED** that the Court's Scheduling Order of March 4, 2003, (Document No. 14) is amended as follows:

A jury trial is set in this matter for **November 12, 2003** at **9:30 a.m.**

BY THE COURT:

_____
**Berle M. Schiller, J.**