IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ | : | CIV. NO. |
| | : | |
| Plaintiff, | : | 02-3418 |
| | : | |
| v. | : | |
| | : | |
| LT. WOERTZ , | : | |
| POLICE OFFICER KELLY, POLICE | : | |
| OFFICER ACQUAVIVA, and POLICE | : | |
| OFFICER FRYSINGER, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance for defendants, Lt. Woertz, Police Officer Kelly, Police Officer Acquaviva, and Police Officer Frysinger , in the above matter.

                                          BY:_____
                                              **JEAN Y. DURBIN**
                                              Assistant City Solicitor
                                              City of Philadelphia Law Dept.
                                              1515 Arch Street, 14th Floor
                                              Philadelphia, PA  19102
                                              (215) 683-5444

October 20, 2003