UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ | : | CIV. NO. |
| Plaintiff, | : | 02-3418 |
| v. | : | |
| LT. WOERTZ, POLICE OFFICER KELLY, POLICE OFFICER ACQUAVIVA, and POLICE OFFICER FRYSINGER, | : | |
| Defendants. | : | |

**Defendants' Proposed Jury Interrogatories**

1

A.     USE OF EXCESSIVE FORCE

1.     Do you find that the Plaintiff Orlando Cruz proved by a preponderance of the evidence that the Defendants used excessive force against him on June 4, 2000?

|  | YES | NO |
|---|---|---|
| Anthony Acquaviva | _____ | _____ |
| William Frysinger | _____ | _____ |
| Michael Kelly | _____ | _____ |
| Richard Woertz | _____ | _____ |

**If you answered no for all defendants, please return to the courtroom. If you answered yes for any defendant, go to question no. 1(a)**

Compensatory Damages

1(a)     Do you find that Plaintiff suffered damages as a result of the excessive force?

|  YES  |  NO  |
|---|---|
| _____ | _____ |

**If you answered no, please return to the courtroom. If you answered yes, go to question no. 1(b).**

1(b)     What is the amount of money, if any, which will compensate Plaintiff for damages suffered?

$_____

### B. WILLFUL MISCONDUCT

2.  Do you find that the Plaintiff Orlando Cruz proved by a preponderance of the evidence that the Defendants engaged in willful misconduct on June 4, 2000?

|  | YES | NO |
|---|---|---|
| Anthony Acquaviva | _____ | _____ |
| William Frysinger | _____ | _____ |
| Michael Kelly | _____ | _____ |
| Richard Woertz | _____ | _____ |

**If you answered no for all defendants, return to the courtroom. If you answered yes for any defendant, go to question no. 3.**

### C. ASSAULT AND BATTERY

3.  If you answered yes to question 2, did you find that the Plaintiff proved by a preponderance of the evidence that the Defendants committed the tort of assault and battery against the Plaintiff?

|  | YES | NO |
|---|---|---|
| Anthony Acquaviva | _____ | _____ |
| William Frysinger | _____ | _____ |
| Michael Kelly | _____ | _____ |
| Richard Woertz | _____ | _____ |

**If you answered no for all defendants, return to the courtroom. If you answered yes for any defendant, go to question no. 3(a).**

<u>Compensatory Damages</u>

3(a)   Do you find that Plaintiff suffered damages as a result of the assault and battery?

                        YES                      NO
                        _____                     _____

**If you answered no, please return to the courtroom.  If you answered yes, go to question no. 3(b).**

3(b) What is the amount of money, if any, which will compensate Plaintiff for damages suffered?

$_____

Date: _____
                                                  Foreperson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| ORLANDO CRUZ | : | CIV. NO. |
| | : | |
| Plaintiff, | : | 02-3418 |
| | : | |
| v. | : | |
| | : | |
| LT. WOERTZ , | : | |
| POLICE OFFICER KELLY, POLICE | : | |
| OFFICER ACQUAVIVA, and POLICE | : | |
| OFFICER FRYSINGER, | : | |
| Defendants. | : | |

_____

**CERTIFICATE OF SERVICE**

    Robin B. Arnold hereby certifies that service of a true and correct copy of the Defendants' Proposed Jury Interrogatories was made on the 27th day of October 2003, to the counsel of record by First Class United States Mail.


Jay S. Gottlieb, Esq.
The Robinson Building
42 S. 15th Street, Suite 1313
Philadelphia, PA 19102




                                                                                                     Robin B. Arnold
                                                                                  Deputy City Solicitor
                                                                                  Attorney I.D. #59477
                                                                                  City of Philadelphia Law Depart.
                                                                                  1515 Arch Street, 14th Floor
                                                                                  Philadelphia, PA 19102
                                                                                  (215) 683-5447
                                                                                  (215) 683-5347 (Fax)


Dated: <u>10/27/03</u>

Case 2:02-cv-03418-BMS    Document 19    Filed 10/27/2003    Page 6 of 6