IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO CRUZ, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIEUTENANT RICHARD WOERTZ, et al., | : | No. 02-3418 |
|     Defendants. | : | |

## ORDER

**AND NOW,** this **25th** day of **November, 2003**, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is **ORDERED** that:

1. The above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

2. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

_____
**Berle M. Schiller, J.**